AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Filed 8-23-11

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | CASE NUMBER: 6:11-mj-1380 |
| MARCUS DWAYNE ROBERTSON | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 23, 2011, in Orange County, in the Middle District of Florida, defendant,

> having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, and did knowingly receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce possession of a firearm by a previously convicted felon

in violation of Title 18, United States Code, Section(s) 922(g)(1). I further state that I am a(n) Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 23, 2011 _____ at    Orlando, Florida _____

GREGORY K. KELLY
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF FLORIDA                                   CASE NO. 6:11-mj-1380

## AFFIDAVIT

The affiant, Special Agent Kevin Corlew, being duly sworn states:

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since 2010. I have conducted investigations in counter-terrorism matters in the United States. I make this affidavit based on my personal knowledge and experience, evidence and facts obtained during this investigation, and information provided by others, either involved in this investigation or who have personal knowledge of the facts herein.

2. I have knowledge of the facts contained in this affidavit based upon, among other things, my personal participation in the investigation, my review of documents, information from cooperating witnesses, and oral and written reports made by other federal agents. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MARCUS DWAYNE ROBERTSON with a violation of Title 18, United States Code, Section 922(g)(1), it does not set forth each and every fact that I or others have learned during the course of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause for the issuance of the requested criminal complaint.

## SUMMARY

3. I have been provided with copies of conviction records for the following three felony criminal convictions for ROBERTSON:

    a. On December 2, 1994, ROBERTSON was sentenced to four years for a conviction for violent crime in aid of racketeering, in Case No. 91-956-01 (DRH) in the Eastern District of New York;

1

    b. On March 15, 1995, ROBERTSON was sentenced in Pennsylvania state court to three years minimum, up to six years maximum, for aggravated assault in Case No. C640769-3, which was ordered to run concurrent to the sentence imposed in ROBERTSON's federal felony conviction; and

    c. On March 16, 1995, ROBERTSON was sentenced to 1 to 3 years imprisonment for criminal possession of a weapon, third degree, in Case No. 03980-91, in the Supreme Court of the State of New York, Kings County.

4. On August 23, 2011, I participated in the execution of a search warrant at one of ROBERTSON's two residence located in Orange County, in the Middle District of Florida. The residence where I participated in the search was 8502 Fort Thomas Way, Orlando, FL 32822. During the execution of the search warrant at that residence, a firearm was found in the master bedroom in the top drawer of a dresser inside the master bedroom. The firearm is a Springfield handgun, .45 caliber. The firearm had a loaded magazine, but no round in the chamber. There was also a loaded spare magazine in the same dresser drawer.

5. I have inspected the Springfield firearm, and it is stamped with the following: "Springfield, Inc., Geneseo, IL" and "Made in Croatia." I have been advised that an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives has confirmed that the Springfield firearm, the ammunition in the firearm, and the ammunition in the spare magazine were manufactured outside the State of Florida.

6. Based on the foregoing, I believe that there is probable cause to believe that ROBERTSON has committed a violation of Title 18, United States Code, Section 922(g)(1).

This concludes my affidavit.

_____
Kevin Corlew, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 23 DAY OF
AUGUST 2011, AT ORLANDO,
FLORIDA.

_____
THE HONORABLE GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE