UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2011 SEP 14 PM 1: 41

UNITED STATES OF AMERICA

v.  CASE NO. 6:11-cr-277-ORL-31-GJK
18 U.S.C. § 922(g)(1)
MARCUS DWAYNE ROBERTSON  18 U.S.C. § 924(d) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date to the Grand Jury, and continuing to on or about August 23, 2011, in Orange County, Florida, in the Middle District of Florida,

**MARCUS DWAYNE ROBERTSON**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

1. On December 2, 1994, a conviction for violent crime in aid of racketeering, in Case No. 91-956-01 (DRH) in the Eastern District of New York;

2. On March 15, 1995, a conviction for aggravated assault in Case No. 5991-91, in the Court of Common Pleas of Delaware County, Pennsylvania; and

3. On March 16, 1995, a conviction for criminal possession of a weapon, third degree, in Case No. 03980-91, in the Supreme Court of the State of New York, Kings County,

did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, and did knowingly receive a firearm and ammunition which had been shipped

and transported in interstate and foreign commerce, that is: a Springfield handgun, .45 caliber, serial number US701371; Winchester ammunition; and Speer ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and Title 18, United States Code, Section 2.

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## MARCUS DWAYNE ROBERTSON

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all ammunition involved in the commission of the offense.

2.  If any of the property described above as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MARCUS DWAYNE ROBERTSON

## INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 14th day of September, 2011.

_____
Clerk

Bail $ _____

GPO 863 525