1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE MIDDLE DISTRICT OF FLORIDA
2                            ORLANDO DIVISION

3        Case no.:  6:11-mj-1380-GJK-1 & 6:11-cr-277-Orl-31GJK

4    UNITED STATES OF AMERICA,          )      Orlando, Florida
                                        )      August 23, 2011
5                      Plaintiff,       )      4:18 p.m.
                                        )
6                          v.           )
                                        )
7    MARCUS DWAYNE ROBERTSON,           )
                                        )
8                      Defendant.       )
     _____   )
9

10

11
                    Transcript of the initial appearance
12
                       on PC arrest/Complaint
13
                  before the Honorable Gregory J. Kelly
14
                    United States Magistrate Judge
15

16

17

     Appearances:
18
     Counsel for Plaintiff:  Robert Handberg
19

20   Counsel for Defendant:  Maria Guzman

21
     Digital transcriber:     Diane C. Peede, RMR, CRR
22                            United States Courthouse
                              401 West Central Blvd., #4600
23                            Orlando, Florida  32801
                              (407) 615-0305.
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

1                       P R O C E E D I N G S

2                THE COURTROOM DEPUTY:  Case number 11-1380, United

3       States of America versus Marcus Dwayne Robertson.

4                Counsel, please state your appearances for the

5       record.

6                MR. HANDBERG:  Good afternoon, Your Honor.  Roger

7       Handberg on behalf of the United States.  With me is Kevin

8       Corlew with the Federal Bureau of Investigation.

9                THE COURT:  Good afternoon.

10               MS. GUZMAN:  Good afternoon, Your Honor.  Maria

11      Guzman on behalf of Marcus Dwayne Robertson.  Mr. Robertson

12      is seated to my right.

13               THE COURT:  Good afternoon.

14               Mr. Robertson, this is your initial appearance with

15      respect to the Criminal Complaint that's been filed against

16      you.  The purpose of the hearing today is to advise you of

17      your rights and to advise you of the charges against you.

18               Sir, you're advised that you have the right to

19      counsel.  If you cannot afford counsel, counsel will be

20      provided for you at no cost.

21               You have the right to confer with counsel before

22      any questioning by the authorities may begin.  You have the

23      right to have counsel present during any questioning by the

24      authorities, at any lineup and at all court proceedings.  If

25      at any point in time you need a moment to confer with your

1   counsel, let us know and we'll provide you that opportunity.

2             Based on your financial affidavit, I find it's

3   appropriate to appoint counsel for you.  You'll have the

4   Public Defender's Office providing you representation and

5   specifically this afternoon Ms. Guzman acting as your

6   counsel.

7             Sir, you're advised you have the right to remain

8   silent.  You're not required to make any statement

9   whatsoever; and I want to caution you that if you do make a

10  statement, the government may use that against you in

11  connection with the prosecution of its case.

12            In addition, you can invoke your right to remain

13  silent at any point in time.  So keep that in mind.

14            Ms. Guzman, have you and your client received a

15  copy of the Complaint?

16            MS. GUZMAN:  We have, Your Honor.  We have it

17  before us.

18            THE COURT:  All right.  And did you have a moment

19  to review it with your client?

20            MS. GUZMAN:  Yes, we have.  He has read it fully.

21            THE COURT:  All right.  Is there any issue of

22  identity?

23            MS. GUZMAN:  No.

24            THE COURT:  All right.  Mr. Handberg, if you will,

25  just give us a brief procedural background for the record.

1    Also, for the defendant's benefit, summarize the charge

2    against him as well as the penalties associated with that

3    charge; and, finally, advise me of the government's position

4    on the issue of bond.

5              MR. HANDBERG:   Thank you, Your Honor.   Mr.

6    Robertson today was arrested on probable cause for possession

7    of a firearm by a previously convicted felon, in violation of

8    Title 18, United States Code, Section 922(g)(1).

9              At this point, based on his priors -- and I note

10   that the Pretrial Services' Report is missing a conviction

11   that he had for aggravated assault -- it appears that, based

12   on his priors, he doesn't appear to be an armed career

13   criminal at this point.   So it would appear that his maximum

14   exposure would be not more than ten years' imprisonment, a

15   fine of $250,000, not more than three years' supervised

16   release, and a $100 special assessment.

17             We would be moving for his detention based on

18   Section 3142(f)(1)(E), because this is a possession of

19   firearms charge under 922(g)(1); and I will also be filing,

20   when I get back to my office, notice with the court of intent

21   to use Foreign Intelligence Surveillance Act information

22   related to the government's intent to use that type of

23   evidence in connection with this case.

24             THE COURT:   All right.   Ms. Guzman, did you need a

25   moment to confer with your client?

1          MS. GUZMAN:  Yes.

2              (Discussion held off the record.)

3          MS. GUZMAN:  Yes, Your Honor.  Thank you.

4          THE COURT:  All right.  Ms. Guzman, did you have

5    time to talk with your client about his right to a

6    preliminary hearing and also a hearing on the issue of bond?

7          MS. GUZMAN:  Yes, Your Honor.  Mr. Robertson would

8    like to have both, actually.  He'd like the Court to address

9    both issues.

10          THE COURT:  All right.  And are you prepared to

11    proceed at this time?

12          MS. GUZMAN:  I am not.  There is also a possibility

13    that his attorney is Thomas Sommerville.  He had spoken to

14    Mr. Sommerville today, prior to his arrest.

15              My office has tried to reach Mr. Sommerville, has

16    been unsuccessful.  If we could reset this matter, it will

17    give me, one, an opportunity to speak to Mr. Sommerville to

18    see if he's going to actually take on this case; and, number

19    two, also to contact Mr. Robertson's family for purposes of

20    bond.

21          THE COURT:  Okay.  So when would you like to have

22    the preliminary hearing and the detention hearing set then?

23          MS. GUZMAN:  Your Honor, any time this week that

24    would be convenient for this Court would be fine.  If the

25    Court were available tomorrow, we could do this tomorrow.

1          THE COURT:  Okay.  Mr. Handberg, tomorrow

2   afternoon?

3          MR. HANDBERG:  Sure.

4          THE COURT:  Okay.  1:30, did you say?

5          THE COURTROOM DEPUTY:  Yes.

6          THE COURT:  All right.  Tomorrow afternoon at 1:30

7   we'll have the preliminary hearing and the detention hearing.

8   In the meantime, Mr. Robertson will be detained.

9          Anything further at this time?

10          MR. HANDBERG:  No, Your Honor.  Thank you.

11          MS. GUZMAN:  No, Your Honor.  Thank you.

12          THE COURT:  All right.  Thank you.

13          We're adjourned.

14          (Proceedings terminated at 4:25 p.m.)

15                    - - - - - - - -

16                   Reporter's Certification

17   I certify that the foregoing is a correct transcript from the

18   record of proceedings in the above-entitled matter.

19                          s/Diane Peede, RMR, CRR
                            Official Court Reporter
20                          United States District Court
    Date:  November 2, 2011    Middle District of Florida
21

22

23

24

25