UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

MARCUS DWAYNE ROBERTSON

    Defendant ☐

Case Nos.  6:11-cr-277-Orl-31GJK
                6:12-cr-63-Orl-31GJK

☒ Evidentiary
☐ Trial
☐ Other

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | 4-30-15 | 4-30-15 | | Summary chart that identifies extremist beliefs found in documents on the defendant's computer |
| B | 4-30-15 | 4-30-15 | | Shaykh Salih as-Suhaymee on the Taliban |
| C | 4-30-15 | 4-30-15 | | Recapturing Islam from the Pacifists by Usamah Hasan |
| D | 4-30-15 | 4-30-15 | | Prisoners of the Cave by Zahir Ebrahim |
| E | 4-30-15 | 4-30-15 | | Gordon Duff: Classified CIA Transcript Counters Bin Laden |
| F | 4-30-15 | 4-30-15 | | Allah is not Oblivious of What the Oppressors Do |
| G | 4-30-15 | 4-30-15 | | Allah's Governance on Earth by Abu Hamza |
| H | 4-30-15 | 4-30-15 | | Milestones by Sayyid Qutb |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| I | 4-30-15 | 4-30-15 | | This is our `Aqidah by Shayk Abu Muhammad `Asim Al-Maqdisi |
| J | 4-30-15 | 4-30-15 | | Relieving the People of Understanding from the Corruptions, Harms and Burdens of the Democratic Elections |
| K | 4-30-15 | 4-30-15 | | Defense of the Muslim Lands: The First Obligation After Iman, by Addullah Azzam |
| L | 4-30-15 | 4-30-15 | | The Book of Jihad |
| M | 4-30-15 | 4-30-15 | | Jihad with people of major sins and innovations! |
| N | 4-30-15 | 4-30-15 | | Signs of ar-Rahman in the Jihad of Afghan by Abdullah Azzaam |
| O | 4-30-15 | 4-30-15 | | The Slicing Sword: Against the One Who Forms Allegiances With the Disbelievers and Takes Them As Supporters Instead of Allah. His Messenger and the Believers by `Abd Allah ibn `Adb al-Bari al-Ahdal, with a forward by Anwar Al-Awlaki |
| P | 4-30-15 | 4-30-15 | | Good Deeds of the Kuffar With Not Be Accepted |
| Q | 4-30-15 | 4-30-15 | | Advice for the Seeker of Knowledge by Shaykh Sultan Al-`Utaybi |
| R | 4-30-15 | 4-30-15 | | The Muslim Creed |
| S | 4-30-15 | 4-30-15 | | US Manufactured Scholars |

Case Numbers:  6:11-cr-277-Orl-31GJK          Page 3 of 4 Pages
               6:12-cr-63-Orl-31GJK

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| T | 4-30-15 | 4-30-15 | | Not permissible to inform the kuffaar |
| U | 4-30-15 | 4-30-15 | | FBIS Report, Compilation of Usama Bin Ladin Statements 1994 – January 2004 |
| V | 4-30-15 | 4-30-15 | | Letters from ROBERTSON regarding Anwar al-Aulaqi and allegations about training an assassin (information about CS-1 has been redacted) |
| W | 4-30-15 | 4-30-15 | | "Origin of the word assassin" and "Hashshashin" computer |
| X | 4-30-15 | — | | Facebook postings by ROBERTSON and supporters |
| Y | 4-30-15 | 4-30-15 | | Letter from ROBERTSON to Osias |
| Z | 4-30-15 | 4-30-15 | | Sample of military-related documents from ROBERTSON's computer from regarding survival, psychological operations, and interrogations (full documents not provided, just samples of the cover pages, table of contents, and limited content) |
| 1 | 4-30-15 | 4-30-15 | | Compilation of recordings and transcripts previously provided to the Court by the United States |
| 2 | 4-30-15 | 4-30-15 | | Copy of First Superseding Information for the defendant from the Eastern District of New York |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 3 | 4-30-15 | 4-30-15 | | Sealed Response re: cooperation |
| 4 | 4-30-15 | 4-30-15 | | EDNY PACER Records |
| 5 | 5-20-15 | Adm as Cor 1 | Robertson | |
| 6 | 5-20-15 | 5-20-15 | Robertson | Transcription between Defendant & Drewood Blake |
| 7 | 5-20-15 | Adm as Cor 1 | | Transcript of conversation between Defendant & M. |